COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Robert Allen Mcphearson
David Wade Correctional Center DOC No. 6
670 Bell Hill Road
Homer LA 71040

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 15, 2026

**REHEARING ACTION: April 15, 2026**

**Docket Number: 25   00557-KA**

**STATE OF LOUISIANA
VERSUS
ROBERT ALLEN MCPHEARSON**

**Appealed from St. Landry Parish Case No. 19-K-2067-A**

**BEFORE JUDGES:**

   **Hon. Candyce G. Perret
   Hon. Jonathan W. Perry
   Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Allen Mcphearson** has this day been

   **DENIED.**

cc: Chad Patrick Pitre, Counsel for the Appellee